IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACA INTERNATIONAL, LLC; COLLECTION BUREAU SERVICES, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>    Defendants. | Case No. 1:24-cv-03118-DLF |
| R.M. GALICIA, INC. d/b/a PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>    Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>    Defendants. | Case No. 1:24-cv-03149-DLF |

**PARTIES' JOINT STATUS REPORT**

  The parties in the above-captioned cases submit this Joint Status Report in response to this Court's Minute Order of December 16, 2024 ordering filing of a joint status report proposing a

1

schedule for further proceedings.

Background

The Consumer Financial Protection Bureau has revised the applicable date of the Advisory Opinion challenged in these cases to January 2, 2025, 30 days past the stated applicable date of December 3, 2024. As noted in the Parties' Amended Joint Statement Re Proposed Briefing Timeline, Defendants' position is that the Advisory Opinion does not itself create any binding legal obligations or create any new obligations that Plaintiffs or their members will need to comply with as of the applicable date. ECF No. 10 ¶ 10.

Proposed Schedule

The parties stipulate and agree that this case is an action for review on an administrative record, and accordingly is exempt from the requirements of Federal Rule of Civil Procedure 16 and 26. *See* Fed. R. Civ. P. 26(a)(1)(B)(i); Local Rule 16.3.

The parties believe that this case can be resolved on cross-motions for summary judgment. To facilitate the proposed briefing schedule for cross-motions for summary judgment, the parties agree to stay Defendants' obligation to respond to the Complaint pending disposition of the parties' cross-motions for summary judgment.

The parties have conferred and respectfully request that the Court establish the following agreed-upon schedule:

- February 12, 2025 – Defendants shall file the certified index of the administrative record and serve the administrative record on Plaintiffs.
- March 26, 2025 – Plaintiffs shall file their Motions for Summary Judgment.
- May 7, 2025 – Defendants shall file their combined Cross-Motion for Summary Judgment and Response to Plaintiffs' Motions for Summary Judgment.

- June 4, 2025 – Plaintiffs shall file their combined Response to Defendants' Cross-Motion for Summary Judgment and Replies in Support of their Motions for Summary Judgment.

- July 2, 2025 – Defendants shall file their Reply in Support of their Cross-Motion for Summary Judgment.

Dated: December 23, 2024

Seth Frotman
  *General Counsel*
Steven Y. Bressler
  *Deputy General Counsel*
Kristin Bateman
  *Assistant General Counsel*

*/s/ Stephanie B. Garlock*
Stephanie B. Garlock (D.C. Bar. No. 1779629)
  *Counsel*
Thomas McCray-Worrall
  *Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
(202) 435-7201 (phone)
(202) 435-7024 (fax)
stephanie.garlock@cfpb.gov

*Counsel for Defendants the Consumer Financial Protection Bureau and Rohit Chopra*

Respectfully submitted,

ACA INTERNATIONAL, LLC and COLLECTION BUREAU SERVICES, INC.

By its attorneys,

*/s/ Sarah J. Auchterlonie*
David B. Meschke, #CO0069
Sarah J. Auchterlonie, #489442
Brownstein Hyatt Farber Schreck, LLP
675 Fifteenth Street, Suite 2900
Denver, CO 80202
Telephone: 303-223-1100
Email:  dmeschke@bhfs.com;
           sja@bhfs.com

and

Leah Dempsey, #1033593
Brownstein Hyatt Farber Schreck, LLP
1155 F Street, NW
Washington, DC, 20004
Telephone: 202.296.7353
Email: ldempsey@bhfs.com

R.M. GALICIA, INC. DBA PROGRESSIVE MANAGEMENT SYSTEMS

By its attorneys,

*/s/ Aaron R. Easley*
Aaron R. Easley (450292)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ  08822-4938

3

        Telephone No.: (908) 237-1660
        Email: aeasley@sessions.legal
        -and-
        David Israel (*pro hac vice*)
        Bryan C. Shartle (*pro hac vice*)
        Kirsten Smith (*pro hac vice*)
        SESSIONS, ISRAEL & SHARTLE, LLC
        3838 N. Causeway Blvd., Suite 2800
        Metairie, LA 70002
        Telephone No.: (504) 828-3700
        Email: disrael@sessions.legal
        bshartle@sessions.legal
        ksmith@sessions.legal